IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GALLET & ASSOCIATES, INC. and
ALAIN GALLET,

       Petitioners,

v.

THE PLAZA CONDOMINIUM
ASSOCIATION AT BERKMAN PLAZA,
INC., a Florida Corporation, and
BURKETT STUCCO, INC.,

       Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2701

Opinion filed February 23, 2015.

Petition for Writ of Prohibition – Original Jurisdiction.

W. Robert Sickler and Brian M. McClendon of the Law Firm of Lloyd, Gray, Whitehead & Monroe, P.C., Birmingham, AL, and Lloyd R. Schwed of Schwed, Kahle & Kress, P.A., Palm Beach Gardens, for Petitioners.

Edward M. Whelan of Whelan Construction Law, P.A., Jacksonville, for Respondent The Plaza Condominium Association at Berkman Plaza, Inc.


PER CURIAM.

       DENIED.

LEWIS, C.J., CLARK, and MARSTILLER, JJ., CONCUR.